ROBERT VILENSKY
MICHAEL RONEMUS
[ALSO ADMITTED CT & MA]
ARLENE ILG
LORI K. SAPIR
ERICA ANDERSON



**RONEMUS & VILENSKY** LLP

ATTORNEYS AT LAW

KATHY CHIODI
[ADMINISTRATOR]
CHRISTINE DIAZ
DIANA CASTILLO
[PARALEGALS]

July 17, 2007

SENT VIA FAX: 212. 805 7920

Hon. Shira Scheindlin
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: Robert Johnson v. City of New York
07 cv 4526

Dear Judge Scheindlin:

We represent the plaintiff in the above case and this letter is a request for an adjournment of the initial conference scheduled for tomorrow.

On June 18th we received electronic notice of the conference. I marked it in my calendar and forwarded to our office manager to notify the city of the conference. I learned today that the City was apparently not notified. We called corporation counsel and were advised that Joyce Campbell Priveterre is assigned to the case. I know Ms. Priveterre from another case we recently settled. I called and left a message on her voice mail but she was not in the office.

Because of our failure to notify the City and in addition because we have not received an Answer from the City yet, I am requesting an adjournment of the initial conference to August 16th or a date convenient with the court.

Thank you for your courtesy.

*Conference adjourned to July 31 at 4:00. So Ordered.*

Very truly yours,

Michael B. Ronemus

cc via fax (212) 788 9776 to Joyce Campbell Priveterre, Esq.

112 MADISON AVENUE NEW YORK, NY 10016  P 212-779-7070  F 212-889-3978  OFFICE@RONVIL.COM