UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Robert Johnson                          :

                **Plaintiff,**            :

      **- against -**                         :

                                 :

City of NY                              :

                **Defendant(s).**         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/17/07]

**SCHEDULING ORDER**

07    Civ. 4526 (SAS)

Conference Date: 8/15/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

      WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

      NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

        *8/15/07*

(2)    a concise statement of the issues as they then appear;

        *false identification*

(3)    a schedule including:

    (a)    the names of persons to be deposed and a schedule of planned depositions;

        *Automatic disclosures 9/17*

    (b)    a schedule for the production of documents;

        *Serve 9/24, Responses 10/24*

    (c)    dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;  *NA.*

    (d)    time when discovery is to be completed;

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*1/23/08 @ 4:30*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*1/23/08 @ 4:30*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*January 23, 2008 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

*—*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

*—*

(6) anticipated fields of expert testimony, if any;

*None*

(7) anticipated length of trial and whether to court or (jury);

*3-5 days / jury*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

*—*

(9) names, addresses, phone numbers and signatures of counsel;

*Joyce Campbell Priveterre*
*Asst Corp. Counsel*
*100 Church Street*
*NY NY 10007*
*(212) 788-1277*

*Micheal Rovemus*
*π Attorney*
*112 Madison Ave*
*NY NY 10016*

SO ORDERED:

*[signature]*

SHIRA A. SCHEINDLIN
U.S.D.J.

*8/15/07*