

THE CITY OF NEW YORK

# LAW DEPARTMENT

**MICHAEL A. CARDOZO**
*Corporation Counsel*

100 Church St.
New York, NY 10007

**JOYCE CAMPBELL PRIVÉTERRE**
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

February 12, 2008

```
RECEIVED
CHAMBERS OF
FEB 12 2008
JUDGE SCHEINDLIN
```

**Via Facsimile**
The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007-1312

Re:     <u>Robert Johnson v. The City of York</u>
        07 CV 4526 (SAS)(DFE)

Your Honor:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City. Plaintiff has filed the above-referenced complaint, wherein he alleges, *inter alia*, that on November 28, 2006, he was falsely arrested and detained by New York City police officers; he further asserts a claim for malicious prosecution.

Defendant City respectfully requests that the status conference presently scheduled for Wednesday, February 20, 2008 at 4:00 be adjourned to March 19, 2008 at 4:00. Plaintiff attorney, Michael Roneumus, Esq., has consented to this request.

The parties believe this adjournment will permit the exchange of discovery that may facilitate settlement, thus obviating the need for a further court conference.

Thank you for your consideration in this matter.

Respectfully submitted,

Joyce Campbell Priveterre
Assistant Corporation Counsel

**Via Facsimile**
Michael B. Ronemus, Esq.(MR 4999)
Ronemus & Vilensky
112 Madison Avenue
New York, NY 10016
Tel: (212) 779-7070
Fax: (212) 686-2490

Defendant's request is Denied.
The parties must appear at
the conference scheduled for
Feb. 20, 2008, at 4:30 pm.

Date: Feb. 13, 2008

SO ORDERED.

Shira A. Scheindlin, USDJ