

ROBERT VILENSKY
MICHAEL RONEMUS
[ALSO ADMITTED CT & MA]
ARLENE ILG
LORI K. SAPIR
ERICA ANDERSON

**RONEMUS & VILENSKY** LLP
ATTORNEYS AT LAW

KATHY CHIODI
[ADMINISTRATOR]
CHRISTINE DIAZ
DIANA CASTILLO
[PARALEGALS]

March 6, 2008

Hon. Shira Scheindlin
United States Courthouse
500 Pearl Street, Rm. 1620
New York, NY 10007

        RE:      **Robert Johnson**
        **INDEX No.: 07cv4526**

Dear Hon. Scheindlin:

    Please be advised that the parties settled the above captioned case for ten thousand dollars on March 6, 2008 with the assistance of Magistrate Judge Eaton.

                      Very truly yours,
                      Ronemus & Vilensky, LLP

                      Michael B. Ronemus

MBR/mm