Case 1:07-cv-04526-SAS    Document 10    Filed 03/07/2008    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
**ROBERT JOHNSON,**
:
               **Plaintiff,**
:
       -against-
:
**THE CITY OF NEW YORK,**
:
              **Defendant.**
------------------------------------------------------X

ORDER OF
DISCONTINUANCE

07 Civ. 4526 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             March 7, 2008

## - Appearances -

**For Plaintiff:**

Michael B. Ronemus, Esq.
Ronemus & Vilensky
112 Madison Ave
New York, NY 10016
(212) 779-7070

**For Defendant:**

Joyce Diane Campbell Priveterre
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007
(212) 788-1277